# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0185.  DEBORAH SIMMS v. MARK BUTLER, COMMISSIONER OF GEORGIA DEPARTMENT OF LABOR, et al.

Deborah Simms filed this direct appeal from a superior court order reviewing a decision by the Georgia Department of Labor's Board of Review.  However, under OCGA § 5-6-35 (a) (1), appeals from orders of superior courts reviewing decisions of state administrative agencies must be initiated by filing an application for discretionary review.  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  Simms's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  09/27/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.